714 A.2d 1034

## In re TRANSFER OF ATTORNEY TO INACTIVE STATUS Pursuant to Pa.R.D.E. 219(k)(1)

### Nos. 447 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Aug. 17, 1998.

*ORDER*

PER CURIAM:

AND NOW, this 17th day of August, 1998, it is ORDERED that DIANE S. TOSTA'S status be immediately modified from inactive status pursuant to Rule 219(i), Pa.R.D.E. to inactive status pursuant to Rule 219(k)(1), Pa.R.D.E. Respondent shall comply with Rule 217, Pa.R.D.E.